IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM DUREN                                                                                         PLAINTIFF

       v.                              Civil No. 4:10-cv-4123

G. TURNER, Warden of the
Miller County Correctional
Facility; W. NASH, Correctional
Officer; and SGT. MILLER                                                                      DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by Plaintiff, William Duren (hereinafter Duren) pursuant to 42 U.S.C. §1983. He proceeds *pro se* and *in forma pauperis.*

On February 27, 2012, the parties filed a joint motion to dismiss (Doc. 45). The parties have reached a settlement agreement. I therefore recommend that the joint motion to dismiss (Doc. 45) be granted and this case dismissed with prejudice subject to the terms of the settlement agreement.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of March 2012.

                                        /s/ *J. Marschewski*
                                        HON. JAMES R. MARSCHEWSKI
                                        CHIEF UNITED STATES MAGISTRATE JUDGE