IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM DUREN                                                    PLAINTIFF


VS.                              Case No. 4:10-cv-4123


G. TURNER, Warden of the
Miller County Correctional
Facility; W. NASH, Correctional
Officer; and SGT. MILLER                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 9, 2012 by the Honorable

James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF

No. 47). Judge Marschewski recommends that the parties' Joint Motion to Dismiss (ECF No. 45)

be granted. The parties have not filed objections to the Report and Recommendation, and the time

to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and

Recommendation *in toto*. Accordingly, the parties Joint Motion to Dismiss (ECF No. 45) should

be and hereby is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**. The Court shall

retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 27th day of March, 2012.


                                            /s/ Susan O. Hickey
                                            Hon. Susan O. Hickey
                                            United States District Judge